1 | MICHAEL RUBIN (SBN 80618)
SCOTT A. KRONLAND (SBN 171693)
2 | REBEKAH B. EVENSON (SBN 207825)
Altshuler, Berzon, Nussbaum, Rubin & Demain
3 | 177 Post Street, Suite 300
San Francisco, CA  94108
4 | Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE I, *et al.*, | ) | No. C-02-5570 CW |
| | ) | |
| Plaintiffs, | ) | **LETTER TO THE** |
| | ) | **HONORABLE CLAUDIA** |
| v. | ) | **WILKIN DATED DECEMBER** |
| | ) | **6, 2002** |
| LAKIREDDY BALI REDDY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
VICTOR M. ORTIZ-DE-MONTELLANO
DANIEL T. PURTELL
MICHAEL RUBIN
JONATHAN WEISSGLASS

ANGELA K. CHABOT
FELLOW

December 6, 2002

The Honorable Claudia Wilkin
United States District Court
Northern District of California
1301 Clay Street, South Tower, Suite 400
Oakland, CA 94612-5212

   Re: <u>Jane Doe I, *et al.* v. Lakireddy Bali Reddy, *et al.*</u>,
     U.S. District Court, N.D. Cal., Case No. C-02-5570 CW

Dear Judge Wilkin:

  The facts set out in Mark Raskoff's December 6, 2002 letter to the Court do not constitute grounds for disqualification under 28 U.S.C. §455(b), and no party has urged recusal. If the Court concludes that there are grounds for disqualification under 28 U.S.C. §455(a), the disqualification can be waived pursuant to the procedure in 28 U.S.C. §455(e). Plaintiffs believe the §455(e) procedure should be followed if the Court determines that a waiveable disqualification exists.

         Sincerely,

         ALTSHULER, BERZON, NUSSBAUM,
          RUBIN & DEMAIN


        by:     /s/    
          Scott A. Kronland

        Attorneys for Plaintiffs

cc: All counsel (by facsimile and U.S. Mail)

F:\Reddy\Global Case\Pleadings\Wilkin.letter.12-06-02.sak.wpd

LETTER TO THE HONORABLE CLAUDIA WILKIN, No. C-02-5570 CW

# PROOF OF SERVICE

Code of Civil Procedure §1013

**CASE:** <u>Jane Doe I, *et al.* v. Lakireddy Bali Reddy, *et al.*</u>,

**CASE NO:** U.S. District Court, N.D. Cal., Case No. C-02-5570 CW

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On December 6, 2002, I served the following documents:

Letter to the Honorable Claudia Wilkin, dated 12/6/02

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A) <u>By First Class Mail</u>: I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

(B) <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers:

| TYPE OF SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A&B | William S. Berland<br>Ferguson & Berland<br>1816 Fifth Street<br>Berkeley, CA 94710-1915<br>Facsimile: 510/548-3143 | Attorneys for Defendants Lakireddy Bali Reddy, Vijay Kumar Lakireddy, Jayaprakash Reddy Lakireddy, Venkateswara Reddy Lakireddy, Pasand Madras Cuisine, Pasand, Inc., Lakireddy Investment Co., L.B. Reddy Estate Co., Jay Construction, Active Tech Solutions, Vani Computer Solutions, Lakireddy Bali Reddy d/b/a Reddy Realty Co. |
| A&B | Michael W. Bolechowski<br>Mark C. Raskoff<br>Mary A. Kiker<br>Bishop, Barry, Howe, Haney & Ryder<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Facsimile: 510/596-0899 | Attorneys for Defendants Lakireddy Bali Reddy, Vijay Kumar Lakireddy, Jayaprakash Reddy Lakireddy, Venkateswara Reddy Lakireddy, Pasand Madras Cuisine, Pasand, Inc., Lakireddy Investment Co., L.B. Reddy Estate Co., Jay Construction, Active Tech Solutions, Vani Computer Solutions, Lakireddy Bali Reddy d/b/a Reddy Realty Co. |

///

LETTER TO THE HONORABLE CLAUDIA WILKIN, No. C-02-5570 CW

| | | | |
|---|---|---|---|
| 1 | A&B | Jonathan R. Bass | Attorneys for Defendant Prasad |
| 2 | | Coblentz, Patch, Duffy & Bass, LLP<br>222 Kearny Street, 7th Floor | Lakireddy |
| 3 | | San Francisco, CA 94108-4510<br>Facsimile: 416/989-1663 | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this December 6, 2002, at San Francisco, California.

/s/<br>Jean Perley

F:\Reddy\Global Case\Pleadings\Wilkin.letter.12-06-02.sak.wpd