1   LATHAM & WATKINS LLP
2       Peter A. Wald (Bar No. 085705)
        John P. Flynn (Bar No. 141094)
        Randall T. Kim (Bar No. 196244)
3       Shannon M. Eagan (Bar No. 212830)
    505 Montgomery Street, Suite 1900
4   San Francisco, California  94111
    Telephone:  (415) 391-0600
5   Facsimile:  (415) 395-8095

6   ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
7       Michael Rubin (Bar No. 80618)
        Scott A. Kronland (Bar No. 171693)
8       Rebekah B. Evenson (Bar No. 207825)
    177 Post Street, Suite 300
9   San Francisco, California  94108
    Telephone:  (415) 421-7151
10  Facsimile:  (415) 362-8064

11  Attorneys for Plaintiffs

12

13                  IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  JANE DOE I, *et al.*,                  CASE NO. C-02-5570-WHA

17              Plaintiffs,                **DECLARATION OF RANDALL T. KIM IN
                                           SUPPORT OF PLAINTIFFS' MOTION TO**
18      v.                                 **CHANGE TIME FOR CLASS
                                           CERTIFICATION MOTION**
19  LAKIREDDY BALI REDDY, *et al.*,        **[LOCAL RULE 6-3]**

20              Defendants.

21

22

23

24          I, Randall T. Kim, declare as follows:

25          1.      I am an attorney admitted to practice law in the State of California and

26  before this Court and am associated with the law firm of Latham & Watkins LLP, counsel to

27  plaintiffs Jane Does I through VIII, Sreekanth Kollipara, and Jarmani and Lakshmi Prattipati

28  (hereinafter "Plaintiffs") in this matter.  I have personal and firsthand knowledge of the facts

1   stated in this declaration and, if called upon to do so, I could and would testify competently

2   thereto.  I make this declaration in support of Plaintiffs' Motion to Change Time for Class

3   Certification Motion, filed simultaneously herewith.

4           2.      Plaintiffs initially noticed the depositions of defendants Pasand Madras

5   Cuisine and Jay Construction on June 12, 2003.  True and correct copies of those deposition

6   notices are attached hereto as **Exhibits A and B**, respectively.  The dates for deposition set by

7   those notices, which were issued pursuant to paragraph 10 of this Court's Supplemental Order to

8   Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup

9   ("Supplemental Order"), were July 17 and 24.

10          3.      Defendants exercised their right under the Supplemental Order to re-set

11  those depositions, re-calendaring both for August 15, 2003.

12          4.      In late July, for the mutual convenience of all parties (there were then two

13  other depositions set for that same day), plaintiffs agreed to defendants' request to take off

14  calendar and then to re-schedule the FRCP 30(b)(6) depositions of Pasand Madras Cuisine and

15  Jay Construction.

16          5.      On August 4, 2003, the Court issued an Order to Show Cause requiring

17  the plaintiffs to explain their intentions with respect to class certification by August 11.  The

18  Court also set September 18 as the date by which plaintiffs were required to move for class

19  certification as to any of their claims.  At the time, the parties were about to begin an exhaustive

20  August deposition schedule, with approximately 14 depositions then scheduled for the month.

21          6.      Defendants Jayaprakash Reddy Lakireddy (L.B. Reddy's brother) and

22  defendant L.B. Reddy were scheduled to be deposed on August 8 and August 12, respectively.

23  On the morning of Jayaprakash's deposition, however, counsel for defendants, Mr. Bolechowski,

24  fell ill and could not proceed with the deposition.  Plaintiffs accommodated Mr. Bolechowski's

25  unfortunate predicament by agreeing to take off calendar and later to re-schedule the depositions

26  of both Jayaprakash Lakireddy and L.B. Reddy.  Those depositions have not yet been conducted.

27          7.      On August 29, after reviewing the defendants' inadequate wage and hour

28  discovery responses, I left a voicemail for David Hart, counsel for the non-Prasad defendants,

2

1  notifying him that plaintiffs intended to take the depositions of Pasand Madras Cuisine's and Jay

2  Construction's 30(b)(6) designees prior to the September 18 deadline imposed by the Court and

3  inquiring about witness availability.  I did not hear back from Mr. Hart.

4          8.      On September 2, I wrote a letter to Mr. Hart proposing September 15 and

5  16 as suitable dates but indicating that plaintiffs' counsel were available on almost any day

6  before September 18.  A true and correct copy of my September 2, 2003 letter to Mr. Hart is

7  attached hereto as **Exhibit C**.

8          9.      In response, on September 4, 2003, defendants indicated that they were

9  not available on any date prior to September 18 and proposed September 30 and October 6, 2003

10  as alternative dates.  A true and correct copy of Mr. Hart's September 4, 2003 letter to plaintiffs'

11  counsel is attached as **Exhibit D**.

12         10.     On September 3, during the deposition of Jane Doe IV, all parties except

13  Prasad Lakireddy agreed to stipulate to an extension of the class certification date by one month

14  to permit plaintiffs to take the depositions of Pasand Madras Cuisine and Jay Construction in late

15  September or early October.  The parties also agreed that such an extension would not in any

16  way affect the discovery cutoff or the trial date.

17         11.     Plaintiffs prepared a stipulation on September 4 and counsel for the non-

18  Prasad defendants provided a few small edits the following day, which plaintiffs accepted.  The

19  terms of that stipulation were discussed among all counsel and the proposed edits were circulated

20  during two depositions last week at which counsel for all parties participated.

21         12.     On September 8, 2003, when plaintiffs circulated the final approved

22  version of the stipulation for all counsel's signature, Prasad's counsel for the first time stated that

23  they would refuse to sign unless the discovery cutoff and trial date were also pushed back.  A

24  true and correct copy of my September 8, 2003 letter to all counsel enclosing the stipulation and

25  confirming plaintiffs' intent to take the 30(b)(6) depositions on September 15 and 16, 2003 is

26  attached as **Exhibit E.**  A true and correct copy of Gail Quan's September 9, 2003 letter to me

27  confirming that Prasad Lakireddy would not sign the stipulation is attached as **Exhibit F**.

28         13.     The discovery cut-off, class certification deadline, and trial dates have not

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1    previously been modified, by stipulation or by Court order.

2        14.    As the non-Prasad defendants' counsel have conceded, the requested time

3    modification will not affect other deadlines in the case.

4        Executed this 9th day of September, 2003, at San Francisco, California.

5        I declare under penalty of perjury under the laws of the United States that the

6    foregoing is true and correct.

7

8    _____
                    Randall T. Kim

9

10   SF\431922.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT A

1   MICHAEL RUBIN (#80618)
    SCOTT A. KRONLAND (#171693)
2   REBEKAH B. EVENSON (# 207825)
    Altshuler, Berzon, Nussbaum, Rubin & Demain
3   177 Post Street, Suite 300
    San Francisco, CA 94108
4   Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
5
    Attorneys for Plaintiffs
6

7                   IN THE UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9   JANE DOE I, *et al.*,                    ) No. C-02-5570 WHA
                                             )
10          Plaintiffs,                      ) **NOTICE OF TAKING OF**
                                             ) **DEPOSITION OF PASAND MADRAS**
11   v.                                      ) **CUISINE (Person Most Knowledgeable)**
                                             )
12   LAKIREDDY BALI REDDY, *et al.*,         )
                                             ) Date:  July 24, 2003
13          Defendants.                      ) Time:  9:00 a.m.
                                             ) Place: 177 Post Street, Suite 300,
14   ─────────────────────────────────────  )        San Francisco, CA  94108

15          PLEASE TAKE NOTICE that on Thursday, July 24, 2003, commencing at 9:00 a.m.

16   plaintiffs will take the oral deposition of Pasand Madras Cuisine pursuant to FRCP 30(b)(6).

17          The deposition will take place at the law offices of Altshuler, Berzon, Nussbaum, Rubin

18   & Demain, 177 Post Street, Suite 300, San Francisco, CA 94108 (415/421-7151) before a

19   Certified Court Reporter/Notary Public authorized to administer oaths who is present at the

20   specified time and place.  Unless otherwise agreed, this deposition shall continue from day to

21   day until completed.  The deposition shall be recorded by stenographic means and by videotape.

22          This examination is requested as to the following matters:

23          1.      The terms and conditions of the named plaintiffs' employment for the company.

24                  [i.e. dates of their employment; hours they worked; their job duties; the locations

25                  where they performed work; the compensation they received; the records that

26                  were kept of their employment; the terms of any contracts of employment.]

27          2.      The employment records maintained by the company between October 1990 and

28                  the present for all employees. [i.e. the policy for maintaining and retaining, and

NOTICE OF TAKING DEPOSITION, Case No. C-02-5570 WHA

1   current location of, payroll and new hire records, tax returns, EDD, DOL, INS,

2   Franchise Tax Board, and IRS filings and DOL filings and submissions.]

3   3.   The organization, ownership, control, and management of the company between

4   October 1990 and the present. [i.e. the names, contact information, and roles of

5   the company's owners and managers in the operation of the business, including

6   the operation of each of the Pasand restaurants; the organizational documents for

7   the company.]

8   4.   The role of the company in the conspiracy by Lakireddy Bali Reddy and his

9   family members to bring Indian nationals to the United States illegally and

10   employ them in their family businesses.

11   5.   The use of workers employed off-the-books to perform work for the company

12   from October 1990 to the present. By "off-the-books" we mean that the

13   employee's true name and/or correct compensation was not reported to the

14   Employment Development Department and the Social Security Administration.

15   [i.e. the names and contact information for these workers; the hours they worked;

16   the compensation they received; the locations where they performed work; the

17   records that were kept of their employment.]

18   6.   The current assets of the company and any transfers of or encumbrances placed

19   on those assets since November 1999.

20   7.   The income and expense records of the company from 1990 to the present. [i.e.

21   what records were kept of the company's operations and where they are currently

22   located.]

23   8.   Administrative claims and lawsuits asserted against the company from October

24   1990 to the present, including claims by the Department of Labor.

25   9.   The filing of forms with the Immigration and Naturalization Service by or on

26   behalf of the company, from October 1990 to the present.

27   10.   The immigration status of company employees from October 1990 and the

28   present, including whether any of these employees came to the United States on

1  the basis of fraudulent visas.

2  Pursuant to FRCP 30(b)(6), the deponent must designate one or more officers, directors,

3  or managing agents who consent to testify on its behalf, and may set forth, for each person

4  designated, the matters on which the person will testify.  The persons so designated must testify

5  as to matters known or reasonably available to the organization.

6  If the deponent(s) will require a translator, please contact the undersigned counsel within

7  10 days of service of this notice.

8  A list of all parties or attorneys for parties on whom this Notice is being served is shown

9  on the accompanying Proof of Service.

10  Dated:  June 12, 2003

11  Respectfully submitted,

12  ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN

13

14  By: _____

15  Scott A. Kronland

16  Attorneys for Plaintiffs

F:\Reddy\Global Case\Discovery\Depositions\Notices\Pasand.Madras.Cuisine.6-12-03.wpd

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**CASE:**      Jane Doe I, *et al.* v. Lakireddy Bali Reddy, *et al.*,

**CASE NO:**   U.S. District Court, N.D. Cal., Case No. C-02-5570 WHA

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On June 12, 2003, I served the following documents:

**NOTICE OF TAKING OF DEPOSITION OF PASAND MADRAS CUISINE**
**(Person Most Knowledgeable)**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A)   <u>By First Class Mail</u>: I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

(B)   <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers:

| | **ADDRESSEE** | **PARTY** |
|---|---|---|
| A&B | William S. Berland<br>Ferguson & Berland<br>1816 Fifth Street<br>Berkeley, CA 94710-1915<br>Facsimile: 510/548-3143 | Attorneys for Defendants Lakireddy Bali Reddy, Vijay Kumar Lakireddy, Jayaprakash Reddy Lakireddy, Venkateswara Reddy Lakireddy, Pasand Madras Cuisine, Pasand, Inc., Lakireddy Investment Co., L.B. Reddy Estate Co., Jay Construction, Active Tech Solutions, Vani Computer Solutions, Lakireddy Bali Reddy d/b/a Reddy Realty Co. |
| A&B | Michael W. Bolechowski<br>Mark C. Raskoff<br>David Hart<br>Bishop, Barry, Howe, Haney & Ryder<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Facsimile: 510/596-0899 | Attorneys for Defendants Lakireddy Bali Reddy, Vijay Kumar Lakireddy, Jayaprakash Reddy Lakireddy, Venkateswara Reddy Lakireddy, Pasand Madras Cuisine, Pasand, Inc., Lakireddy Investment Co., L.B. Reddy Estate Co., Jay Construction, Active Tech Solutions, Vani Computer Solutions, Lakireddy Bali Reddy d/b/a Reddy Realty Co. |
| A&B | Jonathan R. Bass<br>Coblentz, Patch, Duffy & Bass, LLP<br>222 Kearny Street, 7th Floor<br>San Francisco, CA 94108-4510<br>Facsimile: 415/989-1663 | Attorneys for Defendant Prasad Lakireddy |

1       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this June 12, 2003, at San Francisco, California.

2

3   F:\Reddy\Global Case\Discovery\Depositions\Notices\Pasand.Madras.Cuisine 6-12-03 wpd                  Jean Perley

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF TAKING DEPOSITION, Case No. C-02-5570 WHA         5

# EXHIBIT B

1  MICHAEL RUBIN (#80618)
   SCOTT A. KRONLAND (#171693)
2  REBEKAH B. EVENSON (# 207825)
   Altshuler, Berzon, Nussbaum, Rubin & Demain
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5
   Attorneys for Plaintiffs
6

7            IN THE UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9  JANE DOE I, et al.,                    )  No. C-02-5570 WHA
                                          )
10          Plaintiffs,                   )  **NOTICE OF TAKING OF**
                                          )  **DEPOSITION OF JAY**
11     v.                                 )  **CONSTRUCTION (Person Most**
                                          )  **Knowledgeable)**
12 LAKIREDDY BALI REDDY, et al.,          )
                                          )  Date:  July 17, 2003
13          Defendants.                   )  Time:  9:00 a.m.
                                          )  Place: 177 Post Street, Suite 300,
14 _____)         San Francisco, CA 94108

15

16      PLEASE TAKE NOTICE that on Thursday, July 17, 2003, commencing at 9:00 a.m.

17 plaintiffs will take the oral deposition of Jay Construction pursuant to FRCP 30(b)(6).

18      The deposition will take place at the law offices of Altshuler, Berzon, Nussbaum, Rubin

19 & Demain, 177 Post Street, Suite 300, San Francisco, CA 94108 (415/421-7151) before a

20 Certified Court Reporter/Notary Public authorized to administer oaths who is present at the

21 specified time and place. Unless otherwise agreed, this deposition shall continue from day to

22 day until completed. The deposition shall be recorded by stenographic means and by videotape.

23      This examination is requested as to the following matters:

24      1.    The terms and conditions of the named plaintiffs' employment for the company.

25            [i.e. dates of their employment; hours they worked; their job duties; the locations

26            where they performed work; the compensation they received; the records that

27            were kept of their employment; the terms of any contracts of employment.]

28      2.    The employment records maintained by the company between October 1990 and

        the present for all employees. [i.e. the policy for maintaining and retaining, and

NOTICE OF TAKING DEPOSITION, Case No. C-02-5570 WHA

1    current location of, payroll and new hire records, tax returns, EDD, DOL, INS,

2    Franchise Tax Board, and IRS filings and DOL filings and submissions.]

3    3.   The organization, ownership, control, and management of the company between

4         October 1990 and the present. [i.e. the names, contact information, and roles of

5         the company's owners and managers in the operation of the business, including

6         the operation of each of the Pasand restaurants; the organizational documents for

7         the company.]

8    4.   The role of the company in the conspiracy by Lakireddy Bali Reddy and his

9         family members to bring Indian nationals to the United States illegally and

10        employ them in their family businesses.

11   5.   The use of workers employed off-the-books to perform work for the company

12        from October 1990 to the present.  By "off-the-books" we mean that the

13        employee's true name and/or correct compensation was not reported to the

14        Employment Development Department and the Social Security Administration.

15        [i.e. the names and contact information for these workers; the hours they worked;

16        the compensation they received; the locations where they performed work; the

17        records that were kept of their employment.]

18   6.   The current assets of the company and any transfers of or encumbrances placed

19        on those assets since November 1999.

20   7.   The income and expense records of the company from 1990 to the present. [i.e.

21        what records were kept of the company's operations and where they are currently

22        located.]

23   8.   Administrative claims and lawsuits asserted against the company from October

24        1990 to the present, including claims by the Department of Labor.

25   9.   The filing of forms with the Immigration and Naturalization Service by or on

26        behalf of the company, from October 1990 to the present.

27   10.  The immigration status of company employees from October 1990 and the

28        present, including whether any of these employees came to the United States on

1   the basis of fraudulent visas.

2   Pursuant to FRCP 30(b)(6), the deponent must designate one or more officers, directors,

3   or managing agents who consent to testify on its behalf, and may set forth, for each person

4   designated, the matters on which the person will testify.  The persons so designated must testify

5   as to matters known or reasonably available to the organization.

6   If the deponent(s) will require a translator, please contact the undersigned counsel within

7   10 days of service of this notice.

8   A list of all parties or attorneys for parties on whom this Notice is being served is shown

9   on the accompanying Proof of Service.

10  Dated:  June 12, 2003

11  Respectfully submitted,

12  ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN

13

14  By: _Scott Kronland_____

15  Scott A. Kronland

16  Attorneys for Plaintiffs
    F:\Reddy\Global Case\Discovery\Depositions\Notices\Jay Construction.6-12-03.wpd

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2 | **CASE:**        Jane Doe I, *et al.* v. Lakireddy Bali Reddy, *et al.*,

3 | **CASE NO:**   U.S. District Court, N.D. Cal., Case No. C-02-5570 WHA

4 |        I am employed in the City and County of San Francisco, California.  I am over the age of
eighteen years and not a party to the within action; my business address is 177 Post Street, Suite
5 | 300, San Francisco, California 94108.  On June 12, 2003, I served the following documents:

6 | **NOTICE OF TAKING OF DEPOSITION OF JAY CONSTRUCTION**
**(Person Most Knowledgeable)**

7

8 | on the parties, through their attorneys of record, by placing true copies thereof in sealed
envelopes addressed as shown below for service as designated below:

9 | (A)   <u>By First Class Mail</u>:  I am readily familiar with the practice of Altshuler, Berzon for the
collection and processing of correspondence for mailing with the United States Postal
10 |        Service.  I caused each such envelope, with first-class postage thereon fully prepaid, to
be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,
11 |        California, for collection and mailing to the office of the addressee on the date shown
herein.

12

13 | (B)   <u>By Facsimile</u>:  I caused such document to be served via facsimile electronic equipment
transmission (fax) on the parties in this action by transmitting a true copy to the
following fax numbers:

14

15

| ADDRESSEE | PARTY |
|---|---|
| A&B   William S. Berland<br>Ferguson & Berland<br>1816 Fifth Street<br>Berkeley, CA  94710-1915<br>Facsimile:  510/548-3143 | Attorneys for Defendants Lakireddy<br>Bali Reddy, Vijay Kumar Lakireddy,<br>Jayaprakash Reddy Lakireddy,<br>Venkateswara Reddy Lakireddy, Pasand<br>Madras Cuisine, Pasand, Inc., Lakireddy<br>Investment Co., L.B. Reddy Estate Co.,<br>Jay Construction, Active Tech<br>Solutions, Vani Computer Solutions,<br>Lakireddy Bali Reddy d/b/a Reddy<br>Realty Co. |
| A&B   Michael W. Bolechowski<br>Mark C. Raskoff<br>David Hart<br>Bishop, Barry, Howe, Haney & Ryder<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Facsimile:  510/596-0899 | Attorneys for Defendants Lakireddy<br>Bali Reddy, Vijay Kumar Lakireddy,<br>Jayaprakash Reddy Lakireddy,<br>Venkateswara Reddy Lakireddy, Pasand<br>Madras Cuisine, Pasand, Inc., Lakireddy<br>Investment Co., L.B. Reddy Estate Co.,<br>Jay Construction, Active Tech<br>Solutions, Vani Computer Solutions,<br>Lakireddy Bali Reddy d/b/a Reddy<br>Realty Co. |
| A&B   Jonathan R. Bass<br>Coblentz, Patch, Duffy & Bass, LLP<br>222 Kearny Street, 7th Floor<br>San Francisco, CA 94108-4510<br>Facsimile:  415/989-1663 | Attorneys for Defendant Prasad<br>Lakireddy |

1        I declare under penalty of perjury under the laws of the State of California that the
2    foregoing is true and correct.  Executed this June 12, 2003, at San Francisco, California.

3    F:\Reddy\Global Case\Discovery\Depositions\Notices\Jay Construction 6-12-03 wpd

_____
Jean Perley

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

**Randall T. Kim**
Direct Dial: (415) 395-8206
randall.kim@lw.com

505 Montgomery Street, Suite 1900
San Francisco, California  94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

# LATHAM&WATKINS LLP

September 2, 2003

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| | Washington, D.C. |

## VIA FACSIMILE

File No. 037076-0000

Michael W. Bolechowski
David Hart
Bishop, Barry, Howe, Haney & Ryder
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608

> Re:   *Jane Doe I, et al. v. Lakireddy Bali Reddy, et al.*

Dear Counsel:

Lakireddy Bali Reddy still has not provided an adequate response to Interrogatories Nos. 20 and 22 of Plaintiff Jane Doe I's first set of interrogatories, which seek the identities of Mr. Reddy's co-conspirators. We assume that your position has not changed with respect to this issue since the parties' earlier meet-and-confer efforts. As such, unless we hear from you by the end of today, we will prepare plaintiffs' half of a letter brief and submit it to defendants tomorrow.

I am also awaiting a response from you regarding the availability and identity of the persons most knowledgeable about the FRCP 30(b)(6) deposition notices served upon Pasand Madras Cuisine and Jay Construction. We are available almost most days between now and September 18. If we do not receive a response today, we will seek Magistrate James' intervention to compel the depositions of representatives of Pasand Madras Cuisine and Jay Construction on September 15 and 16, respectively.

I look forward to hearing from you.

Truly yours,

Randall T. Kim
of LATHAM & WATKINS LLP

cc:   All counsel

SF\431081.1

# EXHIBIT D

NELSON C. BARRY
DRAYTON F. HOWE, JR.
JEFFREY N. HANEY
THOMAS O. HANAN
MICHAEL W. BOLECHOWSKI *
MARK C. RASKOFF
DOUGLAS G. WAH
JONATHAN GROSS
MARK KOOP **

MARCO R. BUMARRINA
MARY MARGARET RYAN
CAROL L. HEALEY
BANDY Y. JU
ANGELO F. CAMPANO ***
PETER A. SCHMID
DENNIS A. PHILLIPS
ALEXANDRA C. HERSHDORFER
MARY A. NIKER ****
BRIAN A. McINTOSH
DAVID L. HART
JANE B. YEE
DEBORAH K. WRIGHT
SHARON H. HOLWERDA
GINA A. HARAN

*    ALSO ADMITTED IN PENNSYLVANIA
**   ALSO ADMITTED IN
     WASHINGTON & OREGON
***  ALSO ADMITTED IN MARYLAND
**** ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION

WATERGATE TOWER III
2000 POWELL STREET, SUITE 1425
EMERYVILLE, CALIFORNIA 94608
FACSIMILE (510) 596-0899
TELEPHONE (510) 596-0888

ROSS R. RYDER (1040-1080)

OF COUNSEL

GORDON E. HEPLER
MARK D. WUERFEL
JENNIFER M. WAYS
ANDREW A. GIDDIE
COLIN ADKINS*
MARGARET P. BAKER
JAY E. FRAMSON

*ALSO ADMITTED IN NEVADA

DIRECT DIAL NUMBER

September 4, 2003

## VIA FACSIMILE & US MAIL

Michael Rubin, Esq.
Scott Kronland, Esq.
Rebekah Evenson, Esq.
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Fax: 415-362-8064

Peter A. Wald, Esq.
John P. Flynn, Esq.
Randall T. Kim, Esq.
Shannon M. Eagan, Esq.
Lathan & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Fax: 415-395-8095

Re: Jane Doe v. Lakireddy Bali Reddy

Dear Counsel:

The purpose of this letter is to address outstanding discovery issues.

On Friday August 29, 2003 you requested that the PMK depositions for Jay Construction and Pasand Madras Cuisine be September 15th and 16th respectively. We will treat your oral request the same as if you had sent a deposition notice. In accordance with Judge Alsup's order we have selected two dates for these depositions within thirty days of your request. For Jay Construction we are available October 6, 2003. For Pasand Madras Cuisine we are available September 30, 2003.

During our meet and confer yesterday, we wanted to discuss scheduling of additional depositions prior to sending notices as required by Judge Alsup's Order. For your own reasons you were unwilling to discuss future scheduling. We will proceed to notice the next group of depositions with the understanding that dates may have to be moved.

We have still not received the interrogatories you agreed to supplement. When may we expect the answers to the supplemented interrogatories?

In your third request for production of documents you request all documents received pursuant to subpoena. Up until now, we have been producing these documents informally. In response to your document request, I will hold the new documents we receive from subpoenas until the date you specified in your third request for production of documents.

Counsel
Re: Jane Doe v. Lakireddy Bali Reddy
September 4, 2003
Page 2

---

Should your have any questions concerning the above do not hesitate to contact this writer.

Very truly yours,

BISHOP, BARRY, HOWE, HANEY & RYDER

By:

Michael W. Bolechowski
David L. Hart

DLH
cc All Defense Counsel
G:\22888\LTR\Counsel\RUBIN-KIM-I4.doc

# EXHIBIT E

**Randall T. Kim**
Direct Dial: (415) 395-8206
randall.kim@lw.com

505 Montgomery Street, Suite 1900
San Francisco, California  94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| | Washington, D.C. |

File No. 037076-0000

September 8, 2003

## VIA FACSIMILE

Michael W. Bolechowski
David Hart
Bishop, Barry, Howe, Haney & Ryder
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA  94608

Jonathan R. Bass
Naomi Rustomjee
Gail Quan
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA  94111

Re:   *Jane Doe I, et al. v. Lakireddy Bali Reddy, et al.*

Dear Counsel:

Attached please find a stipulation regarding the class certification deadline, as edited by Mr. Bolechowski.  If it meets with your approval, please either sign it and return by fax or send me an email permitting me to electronically sign on your behalf.  We would like to get the stipulation filed first thing this morning, if possible.

Unless Judge Alsup approves the parties' stipulation, we will have no choice but to take the depositions of Pasand Madras Cuisine's and Jay Construction's 30(b)(6) designees on September 15 and 16, respectively.  If the appropriate witnesses are truly unavailable on those dates, we suggest you seek relief from Magistrate James immediately.  We are willing to respond to your half of a letter brief on a compressed schedule as necessary.

Thank you for your immediate attention to this matter.

Truly yours,

Randall T. Kim
of LATHAM & WATKINS LLP

cc:   All counsel

1   LATHAM & WATKINS LLP
      Peter A. Wald (Bar No. 085705)
2     John P. Flynn (Bar No. 141094)
      Randall T. Kim (Bar No. 196244)
3     Shannon M. Eagan (Bar No. 212830)
    505 Montgomery Street, Suite 1900
4   San Francisco, California  94111
    Telephone:  (415) 391-0600
5   Facsimile:  (415) 395-8095

6   ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
7     Michael Rubin (Bar No. 80618)
      Scott A. Kronland (Bar No. 171693)
8     Rebekah B. Evenson (Bar No. 207825)
    177 Post Street, Suite 300
9   San Francisco, California  94108
    Telephone:  (415) 421-7151
10  Facsimile:  (415) 362-8064

11  Attorneys for Plaintiffs

12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  JANE DOE I, *et al.*,                    CASE NO. C-02-5570-WHA

17              Plaintiffs,
                                            **STIPULATION & PROPOSED ORDER**
18      v.                                  **EXTENDING PLAINTIFFS' DEADLINE TO**
                                            **MOVE FOR CLASS CERTIFICATION**
19  LAKIREDDY BALI REDDY, *et al.*,
                                            **EXPEDITED CONSIDERATION**
20              Defendants.                 **REQUESTED**

21

22

23

24          The parties jointly request that the Court approve the parties' stipulation that the

25  date by which plaintiffs must move for class certification be extended from September 18, 2003

26  to October 20, 2003.

27          Good cause exists for this request.  The plaintiffs originally noticed the

28  depositions of defendants Pasand Madras Cuisine and Jay Construction for August 15, 2003,

1   pursuant to the Court's standing orders.  Prior to receiving the Court's August 4, 2003 order

2   regarding the deadline by which the plaintiffs were required to move for class certification, at the

3   request of the defendants, the plaintiffs agreed to take those depositions off calendar and re-

4   schedule them on mutually convenient dates.  Defendants Pasand Madras Cuisine and Jay

5   Construction have recently informed plaintiffs' counsel that their 30(b)(6) representatives are not

6   available for deposition until late September or early October.  These depositions are necessary

7   for plaintiffs' motion to certify a wage and hour class.

8           In addition, the parties have agreed that this extension will not affect any other

9   deadlines, including but not limited to the trial date of March 29, 2003.

10          The parties respectfully request that the Court consider the parties' request

11  immediately.

12

13                                          Respectfully submitted,

14  Dated:  September ___, 2003            LATHAM & WATKINS LLP
                                           Peter A. Wald
15                                         John P. Flynn
                                           Randall T. Kim
16                                         Shannon M. Eagan

17                                         ALTSHULER, BERZON, NUSSBAUM,
                                           RUBIN & DEMAIN
18                                         Michael Rubin
                                           Scott A. Kronland
19                                         Rebekah B. Evenson

20

21                                         By _____

22

23                                         ATTORNEYS FOR PLAINTIFFS

24

25

26

27

28

                                    2

1  Dated:  September ___, 2003    BISHOP, BARRY, HOWE, HANEY& RYDER
                  Michael W. Bolechowski
2                   David L. Hart

3                   FERGUSON & BERLAND
                   William S. Berland
4

5                   By _____

6

7                    ATTORNEYS FOR LAKIREDDY BALI
                    REDDY, VIJAY KUMAR LAKIREDDY,
                    JAYAPRAKASH REDDY LAKIREDDY,
8                    VENKATESWARA REDDY
                    LAKIREDDY, PASAND MADRAS
9                    CUISINE, PASAND, INC., LAKIREDDY
                    INVESTMENT CO., L.B. REDDY
10                   ESTATE CO., JAY CONSTRUCTION,
                    ACTIVE TECH SOLUTIONS, VANI
11                   COMPUTER SOLUTIONS, LAKIREDDY
                    BAILI REDDY D/B/A/ REDDY REALTY
12                   CO.

13
  Dated:  September ___, 2003    COBLENTZ, PATCH, DUFFY & BASS, LLP
14                    Jonathan R. Bass
                    Naomi Rustomjee
15                   Gail N. Quan

16                   LAW OFFICE OF PAUL DELANO WOLF
                    Paul Delano Wolf
17

18                   By _____

19                    ATTORNEYS FOR PRASAD
                    LAKIREDDY
20

21

22                 **ORDER**

23     Based on the foregoing, it is hereby ORDERED that the deadline for plaintiffs to

24  move for class certification is continued to October 20, 2003.

25  DATED this _____ day of September, 2003.

26                 _____
                   THE HONORABLE WILLIAM H. ALSUP
27                   United States District Judge

28

SF\431339.2            3

# EXHIBIT F



**COBLENTZ, PATCH, DUFFY & BASS LLP** ATTORNEYS AT LAW

One Ferry Building . Suite 200
San Francisco, California
94111-4213

main: 415.391.4800
fax: 415.989.1663
web: www.coblentzlaw.com

Gail G. Quan

Direct Dial: (415) 772-5740
gquan@coblentzlaw.com

September 9, 2003

**VIA FACSIMILE & MAIL**

9578-001

Randall T. Kim
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562

Re: <u>Jane Doe I, et al. v. Lakireddy Bali Reddy, et al.</u>
United States District Court, N. D. Cal., Case No. C 02-5570 WHA

Dear Mr. Kim:

This confirms the voicemail message that I left you yesterday regarding plaintiffs' proposed Stipulation and Proposed Order Extending Plaintiffs' Deadline to Move for Class Certification. Unless, plaintiffs agree to stipulate to and submit a proposed order extending the deadline for non-expert discovery and the trial date by one month each, This would extend the deadline for non-expert discovery to approximately December 22, 2003 and the trial date to April 29, 2003.

Without the extension of time regarding the non-expert discovery cut-off, defendants will not have sufficient time to conduct discovery in support of their opposition to plaintiffs' motion for class certification.

Please contact me at (415) 772-5740 if you wish to discuss this matter further.

Very truly yours,

Gail Quan

cc (via fax): Scott A. Kronland, Esq.
Michael W. Bolechowski, Esq.
Paul D. Wolf, Esq.

09578.001.0288.a