| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Lakireddy Bali Reddy
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_Scott Kronland_
(Signature of sender)

ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_WS Berland_, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Lakireddy Bali Reddy
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975   Optional   NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

Judicial Council Forms for HotDocs™

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>2002069752 |
|---|---|

TO: Vijay Kumar Lakireddy
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
[X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____ , Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Vijay Kumar Lakireddy
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975   Optional   NOTICE AND ACKNOWLEDGMENT OF RECEIPT

Judicial Council Forms for HotDocs™

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>2002069752 |
|---|---|

TO: Prasad Lakireddy
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02                    _____, Attorney
                                              (Signature of person acknowledging receipt, with title if
                                              acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02            William Berland for Prasad Lakireddy
                                              (Type or print your name and name of entity, if any,
                                              on whose behalf this form is signed)

---

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975  Optional  **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**        CCP 415.30, 417.10;
Judicial Council Forms for HotDocs™                                                          Cal. Rules of Court, Rule 1216

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Jayaprakash Reddy Lakireddy
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

*/s/ Scott Kronland*
(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

*/s/ WS Berland* Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Jayaprakash Reddy Lakireddy
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the Judicial Council of California
Revised Effective January 1, 1975    Optional    NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court, Rule 1216

*Judicial Council Forms for HotDocs*™

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Venkateswara Reddy Lakireddy
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_(Signature of sender)_

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Venkateswara Reddy Lakireddy
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the Judicial Council of California
Revised Effective January 1, 1975  Optional  **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**
Judicial Council Forms for HotDocs ™

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

| NAME AND ADDRESS OF SENDER: Scott A. Kronland (171693) Altshuler, Berzon, Nussbaum, Rubin and Demain 177 Post Street, Suite 300 San Francisco, CA 94108 | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Insert name of court, judicial district or branch court, if any, and Post Office and Street Address: Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse 1225 Fallon Street Oakland, CA 94612 | | |

| PLAINTIFF: JANE DOE I, et al. |
|---|
| DEFENDANT: LAKIREDDY BALI REDDY, et al. |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Pasand Madras Cuisine
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/3▒/02

_____, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Pasand Madras Cuisine
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the Judicial Council of California
Revised Effective January 1, 1975 Optional   NOTICE AND ACKNOWLEDGMENT OF RECEIPT
Judicial Council Forms for HotDocs ™

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Pasand Inc.
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_(Signature of sender)_

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____ Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Pasand Inc.
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975  Optional  NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

_Judicial Council Forms for HotDocs_ ™

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>2002069752 |
|---|---|

TO: Lakireddy Investment Co.
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. ☒ A copy of the summons and of the complaint.
2. ☐ A copy of the summons and of the Petition (Marriage) and:
   ☐ Blank Confidential Counseling Statement (Marriage)
   ☐ Order to Show Cause (Marriage)
   ☐ Blank Responsive Declaration
   ☐ Blank Financial Declaration
   ☒ Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02                    _____, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02           William Berland for Lakireddy Investment Co
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975   Optional  NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

Judicial Council Forms for HotDocs™

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: L. B. Reddy Estate Co.
   (Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for L. B. Reddy Estate Co.
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975  Optional  **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

*Judicial Council Forms for HotDocs*™

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA  94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Jay Construction
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____, Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02

William Berland for Jay Construction
(Type or print your name and name of entity, if any, on whose behalf this form is signed)
Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975  Optional NOTICE AND ACKNOWLEDGMENT OF RECEIPT

*Judicial Council Forms for HotDocs* ™

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 2002069752 |
|---|---|

TO: Lakireddy Bali Reddy d/b/a Reddy Realty Co.
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____ Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/5/02     William Berland for Lakireddy Bali Reddy
(Type or print your name and name of entity, if any, d/b/a Reddy
on whose behalf this form is signed)                Realty
                                                     Co.

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975 Optional   NOTICE AND ACKNOWLEDGMENT OF RECEIPT
*Judicial Council Forms for HotDocs* ™

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

| NAME AND ADDRESS OF SENDER:<br>Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | TELEPHONE NO.: (415) 421-7151 | For Court Use Only: |
|---|---|---|
| Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:<br>Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse<br>1225 Fallon Street<br>Oakland, CA 94612 | | |

PLAINTIFF:

JANE DOE I, et al.

DEFENDANT:

LAKIREDDY BALI REDDY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>2002069752 |
|---|---|

TO: Active Tech Solutions
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
    [ ] Blank Confidential Counseling Statement (Marriage)
    [ ] Order to Show Cause (Marriage)
    [ ] Blank Responsive Declaration
    [ ] Blank Financial Declaration
[X] Other: (Specify)
The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02                        _____, Attorney
                                                  (Signature of person acknowledging receipt, with title if
                                                   acknowledgment is made on behalf of another person)
Date this form is signed: 11/6/02                William Berland for Active Tech Solutions
                                                  (Type or print your name and name of entity, if any,
                                                   on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975   Optional   NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

Judicial Council Forms for HotDocs™

| | |
|---|---|
| **NAME AND ADDRESS OF SENDER:**<br>Scott A. Kronland (171693)<br>Altshuler, Berzon, Nussbaum, Rubin and Demain<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | **TELEPHONE NO.:** (415) 421-7151 |

**For Court Use Only:**

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Superior Court of California, County of Alameda, René C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA  94612

**PLAINTIFF:**

JANE DOE I, et al.

**DEFENDANT:**

LAKIREDDY BALI REDDY, et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT** | **Case Number:** 2002069752 |
|---|---|

TO: Vani Computer Solutions
(Insert name of Individual being served)

This summons and other documents(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: October 29, 2002

_____
(Signature of sender)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [X] Other: (Specify)
   The Civil Case Cover Sheet and Addendum to the Civil Case Cover Sheet; Notice of Related Case and Proof of Service; and the Alternative Dispute Resolution Information Package.

(To be completed by recipient)

Date of receipt: 10/31/02

_____ Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 11/6/02

William Berland for Vani Computer Solutions
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Approved by the
Judicial Council of California
Revised Effective January 1, 1975   Optional   **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

Judicial Council Forms for HotDocs™