## ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
VICTOR M. ORTIZ-de-MONTELLANO
DANIEL T. PURTELL
MICHAEL RUBIN
JONATHAN WEISSGLASS

ANGELA K. CHABOT
FELLOW

October 23, 2002

*Via U.S. Mail*

Michael W. Bolechowski
2000 Powell Street, Suite 1425
Emeryville, CA 94608

Re: <u>Jane Doe I, et al. v. Lakireddy Bali Reddy, et al.</u>
Alameda County Superior Court, Case No.

Dear Mr. Bolechowski:

Enclosed please find the following documents filed October 23, 2002 in the above-mentioned case:

CIVIL CASE COVER SHEET AND ADDENDUM;
SUMMONS;
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF;
NOTICE OF RELATED CASE;
PROOF OF SERVICE

Please feel free to contact us should you have any questions.

Sincerely,

Holly L. Miller
Secretary to Michael Rubin

/hlm
Enclosures

F:\Reddy\Global Case\Letters\Bloechowski.10.24.02..wpd

