MICHAEL W. BOLECHOWSKI (SBN: 118725)
MARK C. RASKOFF (SBN: 72330)
DENNIS A. PHILLIPS (SBN: 213043)
DAVID L. HART (SBN: 219517)
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: 510-596-0888
Facsimile:  510-596-0899

Attorneys for all Defendants except Prasad Lakireddy

IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I; JANE DOE II; LAKSHMI and JARMANTI PRATTIPATI as Parents and Successors in Interest of CHANTI JYOTSNA DEVI PRATTIPATTI; JANE DOE III; JANE DOE IV; JANE DOE V; DANE DOE VI; JANE DOE VII; JANE DOE VIII; SREEKANTH KOLLIPARA; and All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>LAKIREDDY BALI REDDY, an individual; VIJAY KUMAR LAKIREDDY, an individual; PRASAD LAKIREDDY, an individual; JAYAPRAKASH REDDY LAKIREDDY, an individual; VENKATESWARA REDDY LAKIREDDY, an individual; and the businesses they controlled and/or operated, including PASAND MADRAS CUISINE, a California corporation; PASAND, INC., a California corporation; LAKIREDDY INVESTMENT CO., a California limited liability corporation; L.B. REDDY ESTATE CO., a California limited liability company; JAY CONSTRUCTION, a California sole proprietorship; ACTIVE TECH SOLUTIONS, a California corporation; VANI COMPUTER SOLUTIONS, a California limited liability corporation; LAKIREDDY BALI REDDY d/b/a REDDY REALTY CO., a California sole proprietorship; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No. **C-02-5570-WHA**<br><br>**RESPONSES TO PLAINTIFF LAKSHMI PRATTIPATI'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAY CONSTRUCTION** |

622-22888

1

RESPONSES TO LAKSHMI PRATTIPATI'S INTERROGATORIES TO JAY CONSTRUCTION, SET ONE

C-02-5570-WHA

PROPOUNDING PARTY:   PLAINTIFF LAKSHMI PRATTIPATI

RESPONDING PARTY:    JAY CONSTRUCTION

SET NUMBER:          ONE

1.   Please state all factual or legal defenses to the allegations in PLAINTIFFS' Second Amended Complaint that YOU intend to assert at the trial of this matter.

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges. Furthermore, this interrogatory is premature as defendants are still developing which factual and/ or legal defenses which they intend to assert at trial. Subject to and without waiving said objections, responding party answers as follows: Defendants may present any and all factual and/or legal defenses identified in Defendants Answer to PLAINTIFFS' Second Amended Complaint and reserve the right to assert any and all additional defenses stated therein. Defendants do not know which of PLAINTIFFS' claims, if any, will survive to the time of trial and we reserve the right to seek summary judgment and/or adjudication on any and all claims, including but not limited to PLAINTIFFS' RICO claims under 18 U.S.C. §1962(c) and (d), PLAINTIFFS' claims under the Anti-Peonage Act (42 U.S.C. §1994), PLAINTIFFS' claims of Peonage, Involuntary Servitude and Forced Labor, and any claims made pursuant to the Alien Tort Claims Act.

2.   For every defense identified in response to Interrogatory No. 1, please state all facts that support or otherwise RELATE TO that defense.

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges and is vague and ambiguous, overbroad and oppressive with regard to the terms "RELATE TO". Subject to and without waiving said objections, responding party answers as follows: Defendants refer PLAINTIFFS to defendants Answer to PLAINTIFFS' Second Amended Complaint and reserve the right to present any and all facts, whether now known or in the future discovered, in support of every defense factually or legally available to defendants. We may also call all individuals identified in our Rule 26

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888   Facsimile (510) 596-0899

Disclosures to testify concerning their treatment by defendants. Defendants also may call Does III, IV, V and VI to describe their working conditions and treatment by the defendants. Defendants may call former employees who have been deposed to describe their working conditions and treatment by defendants. Defendants will offer expert testimony as described in our FRCP 26(a)(2)(A) Disclosures. Defendants will testify on their own behalf concerning the admissions and denials contained in their answer.

3. Please state every affirmative defense YOU intend to assert in response to PLAINTIFFS' Second Amended Complaint.

**RESPONSE:** Objection, vague, ambiguous and unintelligible. The information requested is equally available to the requesting party. Counsel should refer to our answer to PLAINTIFFS' Second Amended Complaint to see what affirmative defenses have been asserted in response thereto.

4. Do YOU contend that any PLAINTIFF is responsible for any of the damages asserted in the Second Amended Complaint?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, and vague and ambiguous as to terms "responsible for". Subject to and without waiving said objections, responding party answers as follows: Yes.

5. If your answer to Interrogatory No. 4 is yes, please state all facts YOU rely upon to support YOUR contentions.

**RESPONSE:** Defendants refer PLAINTIFFS to defendants' Answer to PLAINTIFFS' Second Amended Complaint. Some or all PLAINTIFFS conspired to enter the United States illegally. Some of all PLAINTIFFS failed to mitigate their physical, psychological and/or economic damages.

6.  Do YOU contend that the claims of or damages asserted by any PLAINTIFF are barred by the doctrine of unclean hands?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges. Subject to and without waiving said objections, responding party answers as follows: Yes.

7.  If YOUR answer to Interrogatory No. 6 is yes, please state all facts YOU rely upon to support YOUR contentions.

**RESPONSE:** PLAINTIFFS and potential class members knowingly and willingly agreed and conspired to enter the country under false visas, to be paid "off the books" and to receive free rent and free food in order to avoid paying taxes. PLAINTIFFS, potential class members, and in particular DOE VIII, may have committed Federal and/or State crimes, including but not limited to immigration fraud, tax fraud, welfare fraud, and child molestation. The basis of these contentions are set forth in our Motion to Dismiss PLAINTIFFS' First Amended Complaint.

8.  Do YOU contend that the claims of or damages asserted by any PLAINTIFF are barred by the doctrine of *in pari delicto*?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges. Subject to and without waiving said objections, responding party answers as follows: Yes.

9.  If YOUR answer to Interrogatory No. 8 is yes, please state all facts YOU rely upon to support YOUR contentions.

**RESPONSE:** PLAINTIFFS and potential class members knowingly and willingly agreed and conspired to enter the country under false visas, to be paid "off the books" and to receive free rent and free food in order to avoid paying taxes. PLAINTIFFS, potential class members, and in particular DOE VIII, may have committed Federal and/or State crimes, including but not limited to immigration fraud, tax fraud, welfare fraud, and child molestation. The basis of these contentions are set forth in our Motion to Dismiss PLAINTIFFS' First Amended Complaint.

10. Do YOU contend that Jane Does I, II, III, V, VI and Chanti Prattipatti were NOT all under 18 years of age when they first arrived in the United States?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, and vague and ambiguous, seeks expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants do not know PLAINTIFFS actual ages.

11. If YOUR answer to Interrogatory No. 11 is yes, please state all facts YOU rely upon to support YOUR contentions about PLAINTIFFS' and decedent's ages.

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: N/A.

12. Do YOU contend that any parent of Jane Does I, II, III, V, VI and/or Chanti Prattipatti knew, prior to L.B. Reddy's arrest in January 2000, that L.B. Reddy was having sexual relations with his or her daughter?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, and vague and ambiguous, seeks expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Yes. DOES I, III, V and VI. As far as DOE II and Chanti Prattipati are concerned, defendants do not know at this time.

13. If YOUR answer to Interrogatory No. 13 is yes, please state all facts YOU rely upon to support YOUR contentions.

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888  Facsimile (510) 596-0899

622-22888

5
RESPONSES TO LAKSHMI PRATTIPATI'S INTERROGATORIES TO JAY CONSTRUCTION, SET ONE
C-02-5570-WHA

ambiguous and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: As far as DOES I, III, V and VI; their relationship was open and mutual. See depositions of all DOE plaintiffs. As far as DOE II and Chanti Prattipati are concerned, this matter is still under investigation.

14. Do YOU contend that any PLAINTIFF engaged in SEXUAL RELATIONS in exchange for money in the United States?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, and vague, ambiguous. Subject to and without waiving said objections, responding party answers as follows: Defendants have not formed an opinion with respect to this contention at this time.

15. If your answer to Interrogatory No. 14 is yes, state all facts you rely upon to support you contentions about PLAINTIFFS' sexual relations in exchange for money.

**RESPONSE:** N/A.

16. Do you contend that any PLAINTIFF required, asked or forced anyone to engage in SEXUAL RELATIONS in exchange for money in the United States?

**RESPONSE:** Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants have not formed an opinion with respect to this contention at this time.

17. If your answer to Interrogatory No. 16 is yes, state all facts you rely upon to support you contentions about PLAINTIFFS' asking, requiring or forcing anyone to engage in sexual relations in exchange for money.

**RESPONSE:** N/A.

18. Do you contend that any PLAINTIFF has ever made any false accusation of rape?

RESPONSE: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Yes.

19. If your answer to Interrogatory No. 18 is yes, state all facts you rely upon to support you contentions about any PLAINTIFF making any false accusation of rape.

RESPONSE: With respect to DOES I, II, III, IV, V, and VI, see Answers to Interrogatories, Petitions for Political Asylum, depositions of DOES I, II, III, IV, V and VI, depositions of L.B Lakireddy, Jayaprakash Lakireddy, Vijay Lakireddy and Venkateswara Lakireddy.

20. Please state all facts RELATED TO any occasion upon which any PLAINTIFF was required to engage in SEXUAL RELATIONS in the United States in exchange for money or other compensation.

RESPONSE: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous, overbroad and oppressive as to terms "RELATED TO", assumes facts not in evidence, and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants are not in possession of any facts responsive to this interrogatory at this time.

21. Please state all facts RELATED TO any occasion upon which any PLAINTIFF was asked to engage in SEXUAL RELATIONS in the United States in exchange for money or other compensation.

RESPONSE: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and

ambiguous, overbroad and oppressive as to terms "RELATED TO", assumes facts not in evidence, and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants are not in possession of any facts responsive to this interrogatory at this time.

22. Please state all facts RELATED TO any occasion upon which any PLAINTIFF was paid for having SEXUAL RELATIONS with anyone in the United States.

**RESPONSE**: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous, overbroad and oppressive as to terms "RELATED TO", assumes facts not in evidence, and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants are not in possession of any facts responsive to this interrogatory at this time.

23. Please state all facts RELATED TO any occasion upon which any DEFENDANT received money or other compensation in exchange for any PLAINTIFF having SEXUAL RELATIONS with anyone in the United States.

**RESPONSE**: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and ambiguous, overbroad and oppressive as to terms "RELATED TO", assumes facts not in evidence, and calls for expert opinion and/or legal conclusion. Subject to and without waiving said objections, responding party answers as follows: Defendants are not in possession of any facts responsive to this interrogatory at this time.

24. Please describe all efforts YOU have made since 1996 to comply with the immigration laws of the United States as they relate to any business(es) you own or operate.

**RESPONSE**: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges, is compound, conjunctive and disjunctive, vague and

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888  Facsimile (510) 596-0899

ambiguous, overbroad and oppressive as to terms "all efforts" and "the immigration laws of the United States", and calls for expert opinion and/or legal conclusion.

25.    Please IDENTIFY all persons, including attorneys and investigators, who have visited India and spoken with residents of Velvedam on YOUR behalf since January of 2000.

**RESPONSE**: Objection, this interrogatory seeks information protected by the Attorney/Client, Work Product and Joint Defense Privileges.

Dated: November 21, 2003

BISHOP, BARRY, HOWE, HANEY & RYDER

By: /s/
MICHAEL W BOLECHOWSKI
MARK C. RASKOFF
DENNIS A. PHILLIPS
DAVID L. HART

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888  Facsimile (510) 596-0899

622-22888

9

RESPONSES TO LAKSHMI PRATTIPATI'S INTERROGATORIES TO JAY CONSTRUCTION, SET ONE
C-02-5570-WHA

# VERIFICATION

**RESPONSES TO LAKSHMI PRATTIPATI'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAY CONSTRUCTION., SET ONE**

[ X ]  I, Lakireddy Bali Reddy am an owner of the Defendant and the foregoing answers are based upon my investigation into the facts concerning each specific request.

[ X ]  I am an officer or agent of the party providing this Verification, and am authorized to make this Verification for and on its behalf, and I make this Verification for that reason; I have read the attached document(s) and know the contents; I am informed and believe and upon that ground allege that the matters stated in said document(s) are true.

[ ]  I am one of the general partners of the partnership providing this Verification, and am authorized to make this Verification for and on behalf of the partnership, and I make this Verification for that reason; I have read the attached document(s) and know the contents; I am informed and believe and upon that ground allege that the matters stated in said document(s) are true.

[ ]  I am one of the attorneys for the party required to provide this verified Answer; I make this Verification on behalf of said party who is absent from the County of Alameda, California, where I have my office; I have read the attached Answer and know its contents; I am informed and believe and on that ground allege that the matters stated in it are true.

[ ]  I am one of the attorneys for the party required to provide this verified response. I make this Verification for the reason checked below:

   [ ]  because the facts alleged in the attached document are within my own personal knowledge, and are not within the knowledge of the responding party or any of its agents or employees;

   [ ]  because the responding party's whereabouts are unknown to me, said party has failed to communicate with me concerning the subject litigation, and it is impossible, impractical or futile to secure said party's Verification to the attached document;

The matters stated in the attached document are true of my own knowledge, except as to any matters stated therein upon information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification was executed on _____, 200__ at _____, California.

Jayaprakash Reddy Lakireddy
JAY CONSTRUCTION

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888    Facsimile (510) 596-0899

622-22888

VERIFICATION

G:\22888\USDC\DISCOVERY\VERIFICATIONS\VERIFICATION-JAY.doc