<u>Doe I, et al. v. Reddy, et al.</u>

C-02-5570-WHA

# List of Witnesses

**Trial: March 29, 2004**

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Marcella Adamski, Ph.D. | Clinical Psychologist | Psychiatric Treatment of Jane Doe II during the time period between June through August 2000; effect of the death of her sister on Jane Doe II; information regarding Narika and its relationship to Jane Doe II; Relationship and interaction between Jane Doe II and Uma Rao; Jane Doe II's mental state at the time of mental examination. | 2 hours |
| Krishna Adigiri* | Former employee of Pasand Madras Cuisine ("PMC") and Jay Construction | Description of relationship with Lakireddy Bali Reddy; familiarity with Lakireddy Bali Reddy since the 1980's; assistance provided by Lakireddy Bali Reddy in coming to the United States;Terms and condition of employment at PMC Berkeley and Jay Construction; assistance provided by Lakireddy Bali Reddy while employed at PMC Berkeley and Jay Construction; description of personal contact with defendants; observations of plaintiffs. | 1 hour |
| Ayyaluru Ankireddy* | Former employee of PMC | Terms and condition of employment at PMC; PMC operational organization; PMC payment to employees; description of working conditions and treatment of employees by defendants; description of personal contact with defendants; observations of plaintiffs. | 1 hour |
| Saro Boggula* | Employee of Jay Construction | Terms and conditions of employment at Jay Construction; description of working conditions and treatment of employees by defendants; description of personal contact with defendants; observations of plaintiffs. | 1 hour |
| Srinvasareddy Bojula* | Former employee of PMC | Terms and conditions of employment at PMC; working conditions at PMC; payment of employees at PMC; living condition of PMC employees; treatment of employees by defendants. | 1 hour |
| Krisna Rao Chattu* | Employee of PMC Santa Clara | Personal experiences immigrating to the United States based on a P6-1 visa and reasons for immigrating; living conditions in India; reasons for immigration; working conditions and treatment of workers at PMC/Santa Clara; employee payments and benefits. | 1 hour |

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Julianne Cordovova | Employee of Calico Center | Interviews with Jane Doe II at the Calico Center; statements made by Jane II; authentication of tapes and transcripts. | 2 hours |
| Custodian of records for Berkeley Police Department | | Production and authentication of audio tapes and video tapes of interviews with plaintiffs; production and authentication of police reports, summaries of testimony and transcripts of statements. | .5 hour |
| Custodian of records for the Department of Homeland Security | | Authentication of business records, statements, reports of interviews, e-mails and other documents prepared during the investigation of defendants. | .5 hour |
| Custodian of records for the Department of Justice, US Attorney for Northern California | | Authentication of business records, statements, reports of interviews, e-mails and other documents prepared during the investigation of defendants. | .5 hour |
| Custodian of records for the Department of Justice, Federal Bureau of Investigation | | Authentication of reports, summaries of testimony, and witness statements. | .5 hour |
| Custodian or records of Narika | | Authentication of records, documents and files of Narika. | .5 hour |
| Custodian of records of Maitri | | Authentication of records, documents and files of Maitri. | .5 hour |
| Custodian of records of Accent on Language | | Translation services on records, invoices and business files. | .5 hour |
| Jane Doe VIII | Former plaintiff and former employee of PMC Berkeley | Involvement in the immigration to the United States of Jane Doe II and Chanti Jyotsna Devi Prattipati; description of the immigration of Jane Doe II and Chanti Jyotsna Devi Prattipati; reasons for immigration, including financial benefits; working conditions at PMC Berkeley; terms of employment at PMC Berkeley; contacts and discussions with Uma Rao; observations of Jane Doe II following the death of her sister; treatment of Jane Doe II and Chanti Jyotsna Devi Prattipati by her brother. | 2 hours |

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| David Gallant | Accountant for Defendants | Knowledge of the operation of the defendant business entities prior to 1995; knowledge of financial records of defendant business entities prior to 1995; knowledge of state audits, preparation of income tax forms, bookkeeping procedures, accounting practices and record keeping of defendants; | 1 hour |
| Jane Doe VII | Plaintiff | | |
| Sridhara Rao Garlapati | Employee of PMC Santa Clara | Immigration to United States in 1996 on the basis of a P6-1 visa; reasons for immigration; working conditions and terms of employment at PMC Santa Clara; treatment of employees; payment and benefits received by employees. | 1 hour |
| Madhavi Gogulamudi | Employee of PMC Berkeley | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC Berkeley; observations of plaintiffs and their financial and living situations. | 1 hour |
| Jason Graham | Department of Homeland Security, INS Agent | Description of interviews with plaintiffs in criminal investigation; statements made by plaintiffs in the criminal investigation; promises made to plaintiffs for their cooperation in the criminal investigation. | 2 hours |
| Jane Doe VI | Former Plaintiff | Living conditions in India; treatment by the defendants in India and in the United States; relationship with plaintiffs; relationship with defendants; relationship and discussions with Uma Rao; application for asylum; observations of plaintiffs and their interactions with defendants. | 2 hours |
| Dixon Grier | CPA<br><br>Expert Witness | Expert testimony regarding amount and value of plaintiffs' alleged damages | 2 hours |
| Chandra Gurralla* Gurrala | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d                            3

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Jyothi Gurrali* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Donald Henley | Department of Homeland Security, INS Agent | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; promises made to the plaintiffs concerning their cooperation; role of translators and investigation regarding obstruction of justice. | 2 hours |
| Ralph Horton | US Department of Justice, Federal Bureau of Investigation, Special Agent | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; promises made to the plaintiffs concerning their cooperation; role of translators and investigation regarding obstruction of justice. | 2 hours |
| Carol Hyland | Rehabilitation Consultant | Work capacity and wage-earning potential of Jane Doe II. | 2 hours |
| Timothy Isenhart | Department of Homeland Security, INS Agent | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; promises made to the plaintiffs concerning their cooperation; role of translators and investigation regarding obstruction of justice. | 2 hours |
| Eileen Jacob | US Department of Justice, Federal Bureau of Investigation, Special Agent | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; promises made to the plaintiffs concerning their cooperation; role of translators and investigation regarding obstruction of justice. | 2 hours |
| Sreekanth Kollipara | Plaintiff | | |
| Gilbert Kliman | Psychiatrist | Mental and emotional condition of Jane Doe II, Jane Doe VII and Sreekanth Kollipara. Expert witness. | 2 hours |
| Venkata Kommineni* | Former PMC Santa Clara worker | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d

4

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| R. Koteswara* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Thota Krishna Kumari* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Annapurna Lakireddy | Wife of Jayaprakash Lakireddy | Role in the family business; her role in the immigration of Indian nationals and their participation in immigration fraud; personal observations of plaintiffs and their interactions with defendants. | .5 hour |
| Hanimireddy Lakireddy, M.D. | L.B. Reddy's younger brother (#3) | The Reddy/Lakireddy family and their immigration to the United States; the family's work and business interests; living and conditions in India; operation of the family businesses; the family's charitable works in India and the United States. | .5 hour |
| Krishna Lakireddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Rama Lakireddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d

5

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Rani Lakireddy* | Prasad Lakireddy's wife | Operation and management of the various businesses owned by the Reddy/Lakireddy family; personal observations of plaintiffs and their interactions with defendants; personal observations of plaintiffs and their financial and living situations; role of Prasad Lakireddy in business operations. | 1 hour |
| Veni Lakireddy | Vijay Lakireddy's mother | Role of Prasad Lakireddy in family business operations; personal observations of family relationships. | .5 hour |
| Susilpa Lakireddy | L.B. Reddy's daughter-in-law (Vijay Lakireddy's wife) | Defendants' role in the family businesses; personal observations of plaintiffs and their interactions with defendants. | 1 hour |
| Yenduri (Induri)* Lakshmi | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Kay Lantow | Berkeley Police Department | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; authentication of statements, reports, video and audio tapes. | 2 hours |
| Lalitha Maruwada | Interpreter | Role and involvement in the government interviews of Plaintiffs. | 1 hour |
| Sekhareddy Mukkara* | Former employee of Jay Construction; Jane Doe I's boyfriend | Treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations; observations of plaintiffs and their relationships with defendants. | 1 hour |
| Rajasekhar Reddy* Mukkara | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Garen Neilson | US Department of Justice, Federal Bureau of Investigation, Special Agent | Interviews of the plaintiffs and witnesses in connection with the criminal investigation; promises made to the plaintiffs concerning their cooperation; role of translators and investigation regarding obstruction of justice. | 2 hours |
| Kudumula Padamavati* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Kalpani Peddibhotla | Volunteer attorney with the ACLU | The plaintiffs' immigration to the United States; assistance provided to the Prattipatis. | .5 |
| Sonja Pelia | Maitri (provider of services for South Asian women), President of the Board | Social services provided to Plaintiffs by Maitri; observations of plaintiffs following alleged incidents. | 1 hour |
| Jarmani Prattipati | Plaintiff and Father of Jane Doe II and Chanti Jyotsna Devi | | |
| Lakshmi Prattipati | Mother Jane Doe II and Chanti Jyotsna Devi | | |
| Jane Doe II | Plaintiff | | |
| Tamma Siva Ram* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Thota Srinvasa Rao | | Practice of parents in India to approach L.B. Reddy requesting employment and immigration assistance for their children; conditions of employment in the Lakireddy businesses; character of L.B. Reddy. | 1 hour |
| Uma Rao | Interpreter | Role and involvement in government interviews of plaintiffs; relationship with plaintiffs. | 3 hour |

09578.001.0698.d                              7

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Leonard S. Raphael | CPA<br><br>Accountant for PMC, Jay Construction, Lakireddy Investment Co., L.B. Reddy Estate Co, and Lakireddy Bali Reddy (personal) | Ownership and structure of the family businesses; operation, finances and conditions of the family businesses; state audits. | 2 hours |
| Gudura Reddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hours |
| Jagen Mohan Reddy* | Employee of PMC and Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC and Jay Construction; working conditions at PMC and Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Prasada T. Reddy* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| V. Sangi Reddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Anna Yeduru Sarojini* | | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees; working conditions; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d

8

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Thota Savitri | | Observations of the Plaintiffs and their activities and relationships with defendants in India. | 1 hour |
| Ayam Reddy Seelam* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Ayyapa Reddy Seelam | Neighbor of Chanti Jyotsna Devi Prattipati | Living situation and economic conditions in India and the United States; treatment by the defendants; personal observations of defendants' treatment of others, including plaintiffs; immigration to the United States; reasons for immigrating; current employment conditions. | 1 hour |
| Ramachandra Reddy* Saleem | Employee of PMC and Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC and Jay Construction; working conditions at PMC and Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Annapurna Seelam | Manager of 2020 Bancroft apartment building | Working conditions and Defendants' business practices. | 1 hour |
| Chandra Gurralla Sekereddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Jane Doe V | Former Plaintiff | Living conditions in India; treatment by Defendants; immigrating to the United States, reasons for immigrating; working conditions; relationships with the other plaintiffs; relationship with the defendants; relationship with Uma Rao; application for political asylum; damages she and others may or may not have suffered. | 2 hours |

09578.001.0698.d                                9

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Jane Doe IV | Former Plaintiff | Living conditions in India; treatment by Defendants; immigrating to the United States, reasons for immigrating; working conditions; relationships with the other plaintiffs; relationship with the defendants; relationship with Uma Rao; application for political asylum; damages she and others may or may not have suffered. | 2 hours |
| Subhani Shaik* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Mukkra Shekar* | | Plaintiffs' working conditions; Reddy family's assistance to individuals in immigrating to the United States; practice of parents in India to seek the assistance of the Reddy family so their children could immigrate and work in the United States. | 1 hour |
| Nalini Shekar | Volunteer for Maitri, an organization that supports women going through displacement and domestic violence. | Treatment of women in India; treatment of Indian nationals in the United States; police tactics during interrogation of plaintiffs; her role in questioning plaintiffs; her role in any deals that were made with plaintiffs; authentication and accuracy of translations made during various interrogations; Uma Rao's role in the government's investigation. | 3 hours |
| Tamma Sivarama* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Garlapati Sridar* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d                                 10

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Vellanki Srinavasa* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Prasad Thallapareddy | Employee of PMC; maintains sales information for accounting purposes | Defendants' business practices; defendants' roles in the operation of their businesses. | 1.5 hours |
| Venkateswara Thallapareddy* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Padma Vati* | | Working conditions in the Reddy/Lakireddy family businesses; relationship with the defendants; assistance provided to her by L.B. Reddy. | 1 hour |
| Srinavassa Velanki* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Jane Doe III | Former Plaintiff | Living conditions in India; treatment by Defendants; immigrating to the United States, reasons for immigrating; working conditions; relationships with the other plaintiffs; relationship with the defendants; relationship with Uma Rao; application for political asylum; damages she and others may or may not have suffered. | 2 hours |
| Jane Doe I | Former Plaintiff | Living conditions in India; treatment by Defendants; immigrating to the United States, reasons for immigrating; working conditions; plaintiffs' relationship with defendants. | 2 hours |

09578.001.0698.d                                      11

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Lakshmi Vellanki* | | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Sommama Vellanki | Mother of Jane Doe I | Plaintiffs' relationship with defendants; working conditions for plaintiffs. | .5 hour |
| Jagen Mohan Vemireddy* | Employee | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees; working conditions; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Venkata Reddy Vemireddy* | Nephew of L.B. Reddy, manager of PMC Santa Clara | Role in the family businesses; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 2 hours |
| C. Venkaiah* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Seela Vijayalakshmi* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Bharati Yaramala | Prasad's mother-in-law | Prasad Lakireddy's role in the family and the operations of the businesses. | 1 hour |
| Ramakrisna Reddy Yaramala | Prasad's father-in-law | Prasad Lakireddy's role in the family and the operations of the businesses. | 1 hour |

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Usha Yaramala* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Venkat Reddy Yaramalla* | | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees; working conditions; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Venkata Yaramalla* | Employee of PMC | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Siva Leela Yaramala* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Venkatareddy (Venkat) Yaramala | Prasad Lakireddy's cousin | Prasad Lakireddy's role in the family and his involvement in the operations of the family businesses. | .75 hour |
| Venkateswara Reddy Yaramala | Prasad Lakireddy's brother-in-law | Prasad Lakireddy's role in the family and his involvement in the operations of the family businesses. Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at PMC; working conditions at PMC; personal observations of plaintiffs and their financial and living situations. | 1 hour |

09578.001.0698.d                      13

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.

# Doe I, et al. v. Reddy, et al.

C-02-5570-WHA

| Name | Role in Event | Subject of Testimony | Estimated Time for Testimony |
|---|---|---|---|
| Sivarama Zudumula* | Employee of Jay Construction | Immigration to the United States; reasons for immigration; treatment by defendants; personal observations of plaintiffs and their interactions with defendants; payment and benefits of employees at Jay Construction; working conditions at Jay Construction; personal observations of plaintiffs and their financial and living situations. | 1 hour |
| Lakireddy Bali Reddy | Defendant | | |
| Vijay Kumar Lakireddy | Defendant | | |
| Prasad Lakireddy | Defendant | | |
| Jayaprakash Lakireddy | Defendant | | |
| Venkateswara Lakireddy | Defendant | | |

09578.001.0698.d                                14

*These witnesses are not cumulative as each witness will testify concerning different time periods, their contact with different defendants and their observations of different plaintiffs.