UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA   **E-filing**

Case No: _C02-5570 WHA_

Case Name: _JANE DOE_ v. _LAKIREDDY BALI REDDY_

### EXHIBIT and WITNESS LIST

| JUDGE:<br>WILLIAM H. ALSUP | PLAINTIFF ATTORNEY:<br>Michael Rubin | DEFENSE ATTORNEY:<br>Michael Bolechowski |
|---|---|---|
| TRIAL DATE:<br>3/29/04 | REPORTER(S):<br>Rosita Flores | CLERK:<br>Dawn K. Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 | | | Evidentiary Hearing re Motion in Limine | |
| | | | | | on Berkeley Tape Recordings | |
| | | | | | Preliminary Issues Discussed | |
| | | 1:30 | | | Defendants witness Sgt. Garen Nielsen | sworn |
| | | 1:45 | | | Tape Recording Played | |
| | | 1:49 | | | Cross Examination | |
| | | | | | Deposition shown to witness | |
| | | 1:57 | | | Witness Excused | |
| | | 1:59 | | | Defendants witness Dr. Vani Hardev sworn | |
| | | 2:10 | | | Tape Recording Played | |
| | | 2:22 | | | Cross Examination | |
| | | 2:27 | | | Redirect | |
| | | 2:28 | | | Recross | |
| | | 2:29 | | | Court Exam | |
| | | 2:31 | | | Witness Excused | |
| | | | | | Court Ruled Sgt Nielsen & Dr Hardev | |
| | | | | | can testify at trial. Defendant shall pay | |
| | | | | | costs & atty fees for Plaintiff to depose | |
| | | | | | Mrs Shakur re translation on Berkeley | |
| | | | | | Tapes. | |
| | | 2:41 | | | Defendants witness Dr. Katherine Broener | sworn |
| | 523 | | | ✓ | Medical Record | |
| | | | | | No Cross Examination | |

Case No: C02-5570 WHA        Case Name:  DOE        v.  LAKIREDDY BALI REDDY

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:55 | | | Witness Excused | |
| | | | | | Defendants witness Nalini Shekar sworn | |
| | | | | | No Cross Exam | |
| | | 3:03 | | | Witness Excused | |
| | | | | | Court issued ~~tentative~~ Ruling on statement | |
| | | | | | Document shall be Redacted & no testimony | |
| | | | | | shall be made on ~~statement~~ | |
| | | 3:05 | | | Court addressed the trial schedule | |
| | | 3:08 | | | Adjourned | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |