MICHAEL W. BOLECHOWSKI (SBN: 118725)
MARK C. RASKOFF (SBN: 72330)
MARY A. KIKER (SBN: 137824)
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: 510-596-0888
Facsimile: 510-596-0899

Attorneys for
LAKIREDDY BALI REDDY, PASAND, INC.,
VANI COMPUTER SOLUTIONS and
LAKIREDDY BALI REDDY d/b/a REDDY REALTY

JONATHAN R. BASS (State Bar # 075779)
NAOMI RUSTOMJEE (State Bar # 142088)
KAREN L. JENNINGS (State Bar #197046)
GAIL G. QUAN (State Bar # 203705)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for all Defendants other than
LAKIREDDY BALI REDDY and
LAKIREDDY BALI REDDY d/b/a REDDY REALTY

PAUL DELANO WOLF (State Bar # 078624)
ERIK G. BABCOCK (State Bar #1722517)
WOLF & BABCOCK LLP
1212 Broadway, Tenth Floor
Oakland, California 94612-3423
(510) 451-4600

Attorneys for Defendant
PRASAD LAKIREDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKIREDDY BALI REDDY, et al.,<br><br>Defendants. | Case No. C 02-5570-WHA<br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF RE PLEA AGREEMENTS**<br><br>Courtroom: 9<br>Before: Honorable William H. Alsup |

A plea agreement contains statements by the defendant entering into it. Those statements, like any other made by a party, are admissible at trial against that party as an admission. Fed. R. Evid. 801(d).

A party's admissions, however, are still hearsay as to *other* parties, unless they qualify under another exception. A statement against interest is admissible against others (Rule 804(b)(3)), but only if the declarant, in this case the pleading party, is unavailable. Fed. R. Evid. 804(b).)

A declarant is unavailable where he is (1) exempted by ruling of the court on the ground of privilege; (2) persists in refusing to testify concerning the subject matter of the statement despite an order of the court to do so; (3) testifies to a lack of memory of the subject matter of the statement; (4) is unable to be present or to testify; or (5) is absent from the hearing and the proponent of the statement has been unable to procure the declarant's attendance. Fed. R. Evid. 804(a). A party proffering hearsay evidence pursuant to the statement against interest exception bears the burden of establishing that the declarant is unavailable. *See United States v. Curbello*, 940 F.2d 1503, 1506-07 (11th Cir. 1991); *Campbell v. Coleman Co.*, 786 F.2d 892, 895-96 (8th Cir. 1986).

In this case, defendant's plea agreement will be admissible against any other defendant as a statement against interest because, as we are presently aware, all of the defendants will be available to testify.

Dated: April 6, 2004                             BISHOP, BARRY, HOWE, HANEY & RYDER


By: _____/s/_____
MICHAEL W. BOLECHOWSKI
Attorneys for LAKIREDDY BALI REDDY, PASAND, INC., VANI COMPUTER SOLUTIONS and LAKIREDDY BALI REDDY d/b/a REDDY REALTY

| | |
|---|---|
| Dated: April 6, 2004 | COBLENTZ, PATCH, DUFFY & BASS, LLP |

By: _____/s/_____
JONATHAN R. BASS
Attorneys for all Defendants other than
LAKIREDDY BALI REDDY and
LAKIREDDY BALI REDDY d/b/a REDDY REALTY