MICHAEL RUBIN (SBN 80618)
SCOTT A. KRONLAND (SBN 171693)
REBEKAH B. EVENSON (SBN 207825)
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
Facsimile: 415/362-8064

PETER A. WALD (SBN 085705)
JOHN P. FLYNN (SBN 141094)
RANDALL T. KIM (SBN 196244)
SHANNON M. EAGAN (SBN 212830)
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600
Facsimile: 415/395-8095

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAKIREDDY BALI REDDY, et al.,<br><br>　　　　Defendants. | No. C 02 05570 WHA (MEJ)<br><br>**PLAINTIFFS' OFFER OF PROOF RE L.B. REDDY'S SEXUAL ACTIVITIES WITH GIRLS WHO ARE NOT PLAINTIFFS IN THIS CASE**<br><br>**PUBLIC REDACTED VERSION**<br><br>Date: April 7, 2004<br>Time: 12:00pm<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

Plaintiffs hereby submit the following offer of proof in response to the Court's April 5, 2004 order to submit an offer of proof regarding L.B. Reddy's sex with other girls who are not parties to this case.

Plaintiffs will introduce admissible evidence and competent testimony demonstrating that defendant L.B. Reddy engaged in sexual relations with other young girls who are not parties to this case, and that after U.S. authorities began to investigate L.B. Reddy for criminal acts, L.B. Reddy and

other defendants engaged in obstruction of justice and witness tampering by, *inter alia*, obtaining false sworn declarations from those individuals and other documents falsely stating that those individuals were not minors, that they had never had sex with L.B. Reddy, and that L.B. Reddy had nothing to do with their fraudulent immigration to the United States. Both the sex acts and the subsequent cover-up are RICO predicate acts and overt acts in furtherance of defendants' unlawful conspiracy.

    1. In addition to admitting to having sexual relations with the minor girls Jane Doe II and Vani Prattipati, L.B. Reddy has admitted in discovery that he had sex with former plaintiffs [REDACTED] (Jane Doe I), [REDACTED] (Jane Doe III), [REDACTED] (Jane Doe IV), [REDACTED] (Jane Doe V) and [REDACTED] (Jane Doe VI). *See* Rubin Decl. in Support of Plaintiffs' Motion to Exclude Witnesses ("Rubin Decl."), Ex. I and J. (discovery responses admitting sexual relations with current and former plaintiffs). L.B. Reddy has also admitted that he brought each of these girls to the United States on fraudulent visas. *Id.* However, throughout discovery L.B. Reddy refused to answer questions about whether these girls were minors, on the ground that his response might tend to incriminate him.

    In other discovery responses, L.B. Reddy asserted his Fifth Amendment right against self incrimination in response to questions about whether he engaged in sexual relations with other minor girls, including [REDACTED] (a.k.a. [REDACTED] a.k.a. [REDACTED]).

    L.B. Reddy's investigator Steve Gore in February 2000 obtained from [REDACTED] Doe IV, [REDACTED] Doe V, [REDACTED] Doe VI, [REDACTED], and [REDACTED] (among others) fraudulent declarations falsely attesting that each girl had never had sex with L.B. Reddy, that she was over 18 at the time that she went to the United States, and that L.B. Reddy had nothing to do with her immigration to the United States.[1]

    2. The acts described above are evidence of federal crimes that constitute RICO predicate acts (as pled by plaintiffs), as follows:

        a. Transporting an individual under 16 years old in interstate or foreign commerce with the intent to engage in sexual activity, or transporting an individual under 18 years old in interstate or foreign commerce with the intent to engage in sexual activity by force or

---

[1] As explained in Plaintiffs' Motion to Exclude Witnesses, these documents were wrongfully withheld throughout discovery and only produced two weeks before trial.

1    threat. 18 U.S.C. §2423; RICO §1961(1)(B);

2       b. Traveling in interstate or foreign commerce with the intent to engage in sexual activity with any person under 16 years, or with any person under 18 years old by force or threat. 18 U.S.C. §2423; 18 U.S.C. §1961(1)(B);

   c. Obtaining, using, attempting to use, possessing, accepting, or receiving a visa that was obtained by making a false statement. 18 U.S.C. §1546; 18 U.S.C. §1961(1)(B);

   d. Willfully and knowingly providing a passport obtained by false statements to another person for that person to use. 18 U.S.C. §1542; RICO §1961(1)(B);

   e. Knowingly transporting a person in interstate or foreign commerce with the intent that such person engage in sexual activity for which any person could be charged with a crime, or persuading, inducing or coercing any person to do so. 18 U.S.C. §§2421-22; RICO §1961(1)(B);

   f. Attempting to influence, intimidate or impede a witness or potential witness from giving testimony or evidence in a federal case by threats, force, or corruption. 18 U.S.C. §1503; RICO §1961(1)(B);

   g. Knowingly using intimidation or physical force to attempt to persuade another person to influence, delay or prevent testimony in an official proceeding or to cause any person to withhold testimony or withhold, alter, destroy, conceal or mutilate evidence. 18 U.S.C. §1512; 18 U.S.C. §1961(1)(B).

None of these claims can come as a surprise to defendants. Plaintiffs alleged each of these RICO violations and acts of conspiracy in the complaint, and have pursued discovery about all of these matters. Plaintiffs are entitled to prove their RICO and conspiracy claims at trial by introducing evidence of L.B. Reddy's proven pattern of illegal sex with minors and his obstruction of justice.

1 | Dated: April 6, 2004 | MICHAEL RUBIN
2 | | SCOTT A. KRONLAND
  | | REBEKAH B. EVENSON
  | | Altshuler, Berzon, Nussbaum, Rubin & Demain
3 |
4 | | PETER A. WALD
  | | JOHN P. FLYNN
  | | RANDALL T. KIM
5 | | SHANNON M. EAGAN
  | | Latham & Watkins LLP
6 |
7 | | By: /s/ Rebekah Evenson
  | | Attorney for Plaintiffs

8  F:\Reddy\Global Case\Briefs\Offer of Proof LB Sex\Pl. Offer Proof re L.B. Reddy Sex.REDACTED.wpd

PLS' OFFER OF PROOF RE L.B. REDDY'S SEX WITH OTHERS;
NO. C-02-5570 WHA (MEJ)                                                    4