1  MICHAEL W. BOLECHOWSKI (SBN: 118725)
   MARK C. RASKOFF (SBN: 72330)
2  MARY A. KIKER (SBN: 137824)
   BISHOP, BARRY, HOWE, HANEY & RYDER
3  2000 Powell Street, Suite 1425
   Emeryville, California 94608
4  Telephone: 510-596-0888
   Facsimile: 510-596-0899
5
   Attorneys for
6  LAKIREDDY BALI REDDY, PASAND, INC.,
   VANI COMPUTER SOLUTIONS and
7  LAKIREDDY BALI REDDY d/b/a REDDY REALTY

8  JONATHAN R. BASS (State Bar # 075779)
   NAOMI RUSTOMJEE (State Bar # 142088)
9  KAREN L. JENNINGS (State Bar #197046)
   GAIL G. QUAN (State Bar # 203705)
10 COBLENTZ, PATCH, DUFFY & BASS, LLP
   One Ferry Building, Suite 200
11 San Francisco, California 94111
   Telephone: (415) 391-4800
12 Facsimile:  (415) 989-1663

13 Attorneys for all Defendants other than
   LAKIREDDY BALI REDDY and
14 LAKIREDDY BALI REDDY d/b/a REDDY REALTY

15 PAUL DELANO WOLF (State Bar # 078624)
   ERIK G. BABCOCK (State Bar #1722517)
16 WOLF & BABCOCK LLP
   1212 Broadway, Tenth Floor
17 Oakland, California 94612-3423
   (510) 451-4600
18
   Attorneys for Defendant
19 PRASAD LAKIREDDY

**FILED**

APR - 7 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I, et al., | Case No. C 02-5570-WHA |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER ALLOWING AUDIO EQUIPMENT INTO COURTHOUSE FOR TRIAL |
| vs. | |
| LAKIREDDY BALI REDDY, et al., | |
| Defendants. | Date:       April g, 2004<br>Time:       7:30 a.m.<br>Judge:     Honorable William H. Alsup<br>Courtroom: 9 |

COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111
(415) 391-4800 • FAX (415) 989-1663

1  WHEREAS, the Court has entered an Order setting forth Guidelines for Trial and Final
2  Pretrial Conference in Civil Jury Cases, dated December 17, 2003; and
3  WHEREAS, Defendants wish to use audio equipment for the purpose of presenting
4  audiocassettes of interviews at trial;
5  WHEREAS, pursuant to Paragraph 5 of the above Order, the United States Marshal
6  requires a court order to allow such audio equipment into the courthouse;
7  Defendants respectfully request that the Court enter an order to allow Defendants to
8  transport and place such audio equipment in the Courtroom of the Honorable William H. Alsup,
9  Courtroom 9, on or about April 7, 2004. Such equipment will include a portable audiocassette
10 player and related equipment, and will remain in the courthouse for a period of time no longer
11 than the duration of the trial.

Dated: April _6, 2004          BISHOP, BARRY, HOWE, HANEY & RYDER

                               By:_____/s/_____
                                  MICHAEL W. BOLECHOWSKI
                                  Attorneys for LAKIREDDY BALI REDDY,
                                  PASAND, INC., VANI COMPUTER
                                  SOLUTIONS and LAKIREDDY BALI REDDY
                                  d/b/a REDDY REALTY

Dated: April _6, 2004          COBLENTZ, PATCH, DUFFY & BASS, LLP

                               By:_____/s/_____
                                  JONATHAN R. BASS
                                  Attorneys for all Defendants other than
                                  LAKIREDDY BALI REDDY and
                                  LAKIREDDY BALI REDDY d/b/a REDDY
                                  REALTY

Dated: April 6, 2004           LATHAM & WATKINS LLP

                               By:_____/s/_____
                                  RANDALL T. KIM
                                  Attorneys for Plaintiffs

## ORDER

Finding good cause, IT IS SO ORDERED.

Dated: April 7, 2004

_____
WILLIAM H. ALSUP
United States District Judge