IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE II, *et al.*, | No. C 02-05570 WHA |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE AND CLOSING THE FILE** |
| LAKIREDDY BALI REDDY, *et al.*, | |
| Defendants. | |

For the reasons stated on the record on April 7 and 8, 2004, this case is **DISMISSED** pursuant to settlement. The Clerk **SHALL CLOSE THE FILE**. The Court retains jurisdiction to enforce at least one of the settlement agreements herein.

**IT IS SO ORDERED.**

Dated: April 8, 2004.

                                                                       S/ WILLIAM ALSUP
                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE