MICHAEL W. BOLECHOWSKI (State Bar # 118725)
MARK C. RASKOFF (SBN: 72330)
MARY A. KIKER (SBN: 137824)
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: 510-596-0888
Facsimile: 510-596-0899

Attorneys for
LAKIREDDY BALI REDDY, PASAND, INC.,
VANI COMPUTER SOLUTIONS and
LAKIREDDY BALI REDDY d/b/a REDDY REALTY

JONATHAN R. BASS (State Bar # 075779)
NAOMI RUSTOMJEE (State Bar # 142088)
GAIL G. QUAN (State Bar # 203705)
KAREN L. JENNINGS (State Bar #197046)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for all Defendants other than
LAKIREDDY BALI REDDY and
LAKIREDDY BALI REDDY d/b/a REDDY REALTY

PAUL DELANO WOLF (State Bar # 078624)
1212 Broadway, Tenth Floor
Oakland, California 94612-3423
(510) 451-4600

Attorneys for Defendant
PRASAD LAKIREDDY

COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111
(415) 391-4800 • FAX (415) 989-1663

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I, et al., Plaintiffs, vs. LAKIREDDY BALI REDDY, et al., Defendants. | Case No. C 02-5570-WHA **NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

1. NOTICE IS HEREBY GIVEN that Fitzgerald Sarmiento and James Guardado (the "Opt-In Plaintiffs") and defendants have reached a settlement regarding the Opt-In Plaintiffs' claims. The parties are preparing the documentation of the terms of the settlement and, following execution of the written agreement by the parties, will file a dismissal of this action.

2. The parties request the Court take off calendar the settlement conference scheduled for July 2, 2004.

Dated: June 22, 2004

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

By: /S/
SCOTT KRONLAND
Attorneys for Plaintiffs

Dated: June 22, 2004

BISHOP, BARRY, HOWE, HANEY & RYDER

By: /S/
MICHAEL W. BOLECHOWSKI
Attorneys for LAKIREDDY BALI REDDY and LAKIREDDY BALI REDDY d/b/a REDDY REALTY

Dated: June 22, 2004

COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /S/
JONATHAN R. BASS
Attorneys for all Defendants other than LAKIREDDY BALI REDDY and LAKIREDDY BALI REDDY d/b/a REDDY REALTY

COBLENTZ, PATCH, DUFFY & BASS, LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111
(415) 391-4800 • FAX (415) 989-1663